**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00376-REB

SG INTERESTS I, LTD. and SG INTERESTS VII, LTD., Texas Limited Partnerships,

    Plaintiffs,

v.

RYAN ZINKE, in his official capacity as Secretary of the Interior,
DAVID BERNHARDT, in his official capacity as Deputy Secretary of the Interior,
BRIAN STEED, in his official capacity as the U.S. Bureau of Land Management Deputy Director for Programs and Policy, exercising the authority of the Director of the U.S. Bureau of Land Management,
GREGORY SHOOP, in his official capacity as Acting Colorado State Director for the U.S. Bureau of Land Management,
SUZANNE MEHLHOFF, in her official capacity as Colorado Deputy State Director for the U.S. Bureau of Land Management, and
GLORIA TIBBETTS, in her official capacity as Acting Colorado River Valley Field Office Manager for the U.S. Bureau of Land Management,

    Defendants.

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiffs, SG Interests I, Ltd. and SG Interests VII, Ltd., by and through their attorneys Welborn Sullivan Meck & Tooley, P.C. respectfully submit this Notice of Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or filed any dispositive motions. Plaintiffs' claims are therefore

{00658534.1}

hereby dismissed with prejudice effective immediately, each party to bear its, his, or her own attorneys' fees and costs.

Respectfully submitted on August 31, 2018.

/s/ *Rebecca W. Watson*
Rebecca W. Watson, Esq.
Brian S. Tooley, Esq.
Jens Jensen, Esq.
Welborn Sullivan Meck & Tooley, P.C.
1125 17th St., Ste. 2200
Denver, CO  80202-2024
Telephone: (303) 830-2500
Facsimile: (303)  830-2366
Email: rwatson@wsmtlaw.com
           btooley@wsmtlaw.com
           jjensen@wsmtlaw.com

*Attorneys for Plaintiffs SG Interests I, Ltd, and SG Interests VII, Ltd*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel:

| | |
|---|---|
| Michael L. Chiropolos: | mike@chiropoloslaw.com, mikechiropolos@gmail.com |
| John Michael Ely: | john.ely@pitkincounty.com |
| Michael Stephen Freeman: | mfreeman@earthjustice.org, afarouche@earthjustice.org, hmcintosh@earthjustice.org, egreer@earthjustice.org |
| Luther Langdon Hajek: | luke.hajek@usdoj.gov, sarah.shattuck@sol.doi.gov, efile_nrs.enrd@usdoj.gov, seth.allison@usdoj.gov, art.kleven@sol.doi.gov |
| Laura C. Makar: | laura.makar@pitkincounty.com |
| Joel Minor: | jminor@earthjustice.org |
| Lori Jean Potter: | lpotter@kaplankirsch.com, lforbes@kaplankirsch.com |

I further certify that on such date I served the foregoing document on the following counsel via first class mail, postage prepaid, addressed as follows:

Michael McCarty Lane
Lane, PLLC
440 South 43rd Street
Boulder, CO 80305

/s/ *Tina Johnson*
Tina Johnson